# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 151 MM 2020

              Respondent       :

                 v.             :

GEORGE GENE ISHLER, JR.,       :

              Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of December, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Appointment of New Counsel are DENIED.